UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONNARD KENYON NELSON,

        Petitioner,

v.

        Case No. 06-15402
        Honorable David M. Lawson

THOMAS BIRKETT,

        Respondent.

_____/

## **JUDGMENT**

In accordance with the opinion and order denying petition for writ of habeas corpus entered this date,

It is **ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: March 24, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 24, 2010.

        s/Teresa Scott-Feijoo
        TERESA SCOTT-FEIJOO